**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 01 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JESUS ESPINOZA, | No. 07-55120 |
| Petitioner - Appellant, | D.C. No. CV-05-02719-GPS |
| v. | |
| STUART J. RYAN, | MEMORANDUM [*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Central District of California
George P. Schiavelli, District Judge, Presiding

Submitted March 16, 2010 [**]

Before:    SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

California state prisoner Jesus Espinoza appeals from the district court's

judgment dismissing his 28 U.S.C. § 2254 habeas petition.  We have jurisdiction

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

pursuant to 28 U.S.C. § 2253, and we affirm.

Espinoza contends that the trial court violated his due process rights by mis-instructing the jury regarding the elements of voluntary manslaughter. We agree with the district court that the instructional error did not have a "substantial and injurious effect or influence in determining the jury's verdict." *See Brecht v. Abrahamson*, 507 U.S. 619, 623 (1993).

**AFFIRMED.**